Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
David A. Zizmor (State Bar No. 255863)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: michael@lozeaudrury.com
        richard@lozeaudrury.com
        david@lozeaudrury.com

Attorneys for Plaintiff
GLOBAL COMMUNITY MONITOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a non-profit corporation, | Case No. CO9-04186 MHP |
| Plaintiff, | STIPULATED REQUEST FOR EXTENSION OF MEDIATION DEADLINE |
| vs. | Judge: Hon. Marilyn H. Patel |
| CUSTOM ALLOY SCRAP SALES, INC., a corporation, | Hearing: n/a<br>Time: n/a |
| Defendant. | Courtroom: 15 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel as follows:

1.	Whereas, at the conclusion of the case management conference held by the Court on January 14, 2010, the Court established, with the parties' concurrence, a deadline to complete mediation by not later than April 15, 2010;

2.	Whereas, the Court has appointed a mediator to assist the parties in their effort to resolve this litigation through settlement;

3.	Whereas the parties have been engaged in settlement discussions and believe a mediation session would assist the parties in reaching a settlement;

4.	Whereas, the existing schedules of the parties, their counsel and the mediator cannot accommodate a mediation session prior to April 15, 2010;

1    5.   Whereas the parties wish to extend the mediation deadline in order to provide the parties time to participate in a mediation session and, if necessary, a follow-up session, and;

6.   Whereas, this request to extend the deadline for completing mediation does not affect any other deadlines established by the Court's case management order dated January 14, 2010.

Therefore, Plaintiff Global Community Monitor and Defendants Custom Alloy Scrap Sales, Inc. hereby stipulated and jointly request that the Court extend the mediation deadline by one month from the existing deadline of April 15, 2010, up to and including May 15, 2010.

April 1, 2010                                              Respectfully submitted,

/s/ Michael R. Lozeau
Michael R. Lozeau (#142893)
Lozeau Drury LLP
1516 Oak St., Ste. 213
Alameda, CA 94501
Ph: (510) 749-9102
michael@lozeaudrury.com
*Attorney for Plaintiff* GLOBAL COMMUNITY MONITOR

/s/ Ruben A. Castellon (concurrence in filing obtained by Michael Lozeau on April 1, 2010)
Ruben A. Castellon (#154610)
Castellon & Funderburk LLP
3200 Danville Blvd., Ste. 100
Alamo, CA 94507
Ph: (925) 837-1199
rcastellon@sfcfirm.com
*Attorney for Defendant* CUSTOM ALLOY SCRAP SALES, INC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/2/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulated Request For Extension of Mediation Deadline                    Case No. C09-04186 MHP
2