Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
David A. Zizmor (State Bar No. 255863)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: michael@lozeaudrury.com
      richard@lozeaudrury.com
      david@lozeaudrury.com

Attorneys for Plaintiff
GLOBAL COMMUNITY MONITOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a non-profit corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>CUSTOM ALLOY SCRAP SALES, INC., a corporation,<br><br>      Defendant. | Case No. CO9-04186 MHP<br><br>STIPULATED REQUEST FOR SECOND EXTENSION OF MEDIATION DEADLINE AND FIRST REQUEST FOR EXTENSION OF STATUS CONFERENCE<br><br>Judge: Hon. Marilyn H. Patel<br><br>Conference: May 24, 2010<br>Time: 3:00 p.m.<br>Courtroom: 15 |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel as follows:

    1.    Whereas, at the conclusion of the case management conference held by the Court on January 14, 2010, the Court established, with the parties' concurrence, a deadline to complete mediation by not later than April 15, 2010;

    2.    Whereas, on April 1, 2010, the parties filed a stipulated request to the Court requesting an extension of the mediation deadline until May 15, 2010;

    3.    Whereas, on April 2, 2010, the Court approved the stipulated request;

    4.    Whereas the parties have been engaged in settlement discussions and have made substantial progress toward reaching a settlement of the litigation;

5. Whereas, despite the parties best efforts, they may not be able to complete a settlement prior to the May 15, 2010 mediation deadline;

6. Whereas, the parties and the mediator are available to hold a mediation on May 25, 2010;

7. Whereas the parties wish to extend the mediation deadline in order to provide the parties time to participate in that mediation session;

8. Whereas, the Court has scheduled a status conference on this matter for Monday, May 24, 2010 at 3:00 p.m., with a joint status conference statement due to be filed with the Court not later than Monday, May 17, 2010, and;

9. Whereas, a settlement by the parties may obviate the need for the Court to conduct a status conference and other further proceedings in the litigation and the parties desire to focus their resources on building on the progress to date and reaching a settlement.

Therefore, Plaintiff Global Community Monitor and Defendants Custom Alloy Scrap Sales, Inc. hereby stipulate and jointly request that the Court extend the mediation deadline by two weeks from the existing deadline of May 15, 2010, up to and including May 28, 2010.

The parties further request that, in order to facilitate a final mediation of this matter, the Court extend by three weeks the status conference currently scheduled for May 24, 2010 at 3:00 p.m. until June 14, 2010 at 3:00 p.m. with a joint status conference statement due on June 7, 2010.

May 4, 2010                                        Respectfully submitted,

/s/ Michael R. Lozeau
Michael R. Lozeau (#142893)
Lozeau Drury LLP
1516 Oak St., Ste. 213
Alameda, CA 94501
Ph: (510) 749-9102
michael@lozeaudrury.com
*Attorney for Plaintiff* GLOBAL
COMMUNITY MONITOR

/s/ Ruben A. Castellon (concurrence in filing obtained by Michael Lozeau on May 4, 2010)
Ruben A. Castellon (#154610)
Castellon & Funderburk LLP
3200 Danville Blvd., Ste. 100
Alamo, CA 94507
Ph: (925) 837-1199
rcastellon@sfcfirm.com
*Attorney for Defendant* CUSTOM ALLOY SCRAP SALES, INC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/5/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA